UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:25-MJ-_1331_ |
| v. | ) | |
| | ) | JUDGE DEBRA C. POPLIN |
| JESUS VAZQUEZ | ) | |
| | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Trevor W. Christensen (hereinafter "Affiant" or in the first person), a Special Agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Knoxville, Tennessee office. I conduct investigations of matters within HSI jurisdiction in the Eastern District of Tennessee. I have been employed as an HSI Special Agent since August 2010.

2. On October 26, 2025, JESUS VAZQUEZ was arrested by the Anderson County Sheriff's Office for aggravated assault. An interview conducted by officers of Enforcement and Removal Operations (ERO) established VAZQUEZ's inadmissibility into the United States as well as deportability from the United States. As a result, an Immigration and Customs Enforcement (ICE) detainer was placed on VAZQUEZ.

3. On November 20, 2025, VAZQUEZ was released from Anderson County's custody. Because of the ICE detainer, VAZQUEZ was picked up from Anderson County's custody by ICE and transported to the ICE Knoxville Office for processing as a Reinstate Prior Order of Removal.

4. A criminal history check for VAZQUEZ revealed that he had been arrested on November 7, 2015, by Customs and Border Protection (CBP) in Douglas, Arizona, for Alien

Inadmissibility Under Section 212. VAZQUEZ was processed for an Expedited Removal and was deported from the United States on or about November 8, 2015.

5. On August 13, 2021, VAZQUEZ was arrested by the Niceville Florida Police Department and charged with domestic battery by strangulation, a third-degree felony, in violation of FL Statute 784.041(2)(a), cruelty toward child-abuse of a child without great bodily harm, a third degree felony in violation of FL Statute 827.03(2c), tampering, a second-degree felony in violation of FL Statute 914.22(2b), and battery-touch or strike, a misdemeanor in violation of FL Statute 784.03(1a1). VAZQUEZ was processed as an expedited removal and was deported from the United States on or about October 13, 2021. As a result, he was not convicted of any of the above-listed offenses in Florida.

6. Based on immigration records I have reviewed, VAZQUEZ is a native and citizen of Mexico and is not a citizen or national of the United States. He did not request permission from the Attorney General or the Secretary of Homeland Security to enter the United States (or re-enter the United after he was removed) and does not have permission to be present in the United States.

7. HSI Knoxville, utilizing Department of Homeland Security databases, could not find any record showing VAZQUEZ making a lawful entry into the United States, nor did he seek permission from the Attorney General to re-enter the United States. Furthermore, no present records show that VAZQUEZ has registered as an illegal alien as required by 8 U.S.C. § 1302.

8. Based on the foregoing, there is probable cause that VAZQUEZ is in violation of Title 8, United States Code, Section 1326(a), that is, re-entering the United States without the prior,

express consent of the Attorney General of the United States or the Secretary of Homeland Security, having been previously deported and removed from the United States.

Respectfully submitted,

*(signature)*

Trevor W. Christensen
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on December 1, 2025.

*(signature)*

HONORABLE DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE

Page **3** of **3**